– 1 –

1  Janet H. Kwuon (SBN 143807)
   James M. Neudecker (SBN 221657)
2  Reed Smith LLP
   101 Second Street, Suite 1800
3  San Francisco, CA 94105
   Telephone:  (415) 543-8700
4  Facsimile:  (415) 391-8269

5  Attorneys for Defendant
   Eli Lilly and Company, a corporation

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON T. GUTOWSKI, Individually and as Personal Representative of Decedent, Linda L. Fjelstul,<br><br>Plaintiff,<br><br>vs.<br><br>McKESSON CORPORATION; and ELI LILLY AND COMPANY,<br><br>Defendants. | Case No. C-14-5521-MMC<br><br>**[PROPOSED] ORDER CONTINUING INITIAL STATUS CONFERENCE** |

– 1 –
[PROPOSED] ORDER CONTINUING INITIAL STATUS CONFERENCE

1  Based on the Stipulation to Continue the Initial Status Conference submitted by the parties,
2 and good cause appearing, the Court hereby orders that:
3  1. The April 3, 2015 initial Case Management Conference, and all deadlines related
4 thereto, are vacated.
5  2. The initial Case Management Conference is continued to  July 17, 2015      .  The
6 parties shall file a Joint Case Management Conference Statement at least seven days before the
7 conference.
8  **SO ORDERED**
9  DATED: March 19, 2015



The Honorable Maxine M. Chesney

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –
[PROPOSED] ORDER CONTINUING INITIAL STATUS CONFERENCE