Janet H. Kwuon (SBN 143807)
James M. Neudecker (SBN 221657)
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone:     (415) 543-8700
Facsimile:     (415) 391-8269

Attorneys for Defendant
Eli Lilly and Company, a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON T. GUTOWSKI, Individually and as Personal Representative of Decedent, Linda L. Fjelstul,<br><br>          Plaintiff,<br><br>     vs.<br><br>McKESSON CORPORATION; and ELI LILLY AND COMPANY,<br><br>          Defendants. | Case No. C-14-5521-MMC<br><br>**[PROPOSED] ORDER CONTINUING JULY 17, 2015 STATUS CONFERENCE** |

1  Based on the Stipulation to Continue the July 17, 2015 Status Conference submitted by the
2  parties, and good cause appearing, the Court hereby orders that:
3      1.    The July 17, 2015 Status Conference, and all deadlines related thereto, are vacated.
4      2.    The Status Conference is continued to <u>September 11, 2015</u>.  The parties shall file a
5  Joint Status Conference Statement at least seven days before the conference.
6  **SO ORDERED**
7  DATED:  July 8, 2015

        /s/ William H. Alsup for
        The Honorable Maxine M. Chesney

REED SMITH LLP
A limited liability partnership formed in the State of Delaware