UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON T. GUTOWSKI,<br><br>    Plaintiff,<br><br>v.<br><br>MCKESSON CORPORATION, et al.,<br><br>    Defendants. | Case No. 14-cv-05521-JST<br><br>**ORDER VACATING STAY AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 26 |

On October 29, 2015, the Court granted a stipulation to stay proceedings in this case and all related cases pending a ruling on Defendants' Motion to Transfer in Keene v. McKesson, No. 12-cv-05924-JST. On December 18, 2015, the Court granted the motion and ordered Keene v. McKesson and five other related cases transferred to the Eastern District of Kentucky. Keene v. McKesson, ECF No. 128. However, Defendants did not request, and the Court did not order, that this case be transferred. See id. at 8.

Accordingly, the October 29, 2015 order staying proceedings in this case is hereby vacated.

The Court notes that an individual Initial Case Management Conference has not yet been held in this case. It therefore sets a Case Management Conference for February 10, 2016 at 2:00 p.m. A Joint Case Management Statement is due ten Court days prior to the conference.

IT IS SO ORDERED.

Dated: December 18, 2015

_____
JON S. TIGAR
United States District Judge