UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JASON T. GUTOWSKI, | Case No. 14-cv-05521-JST |
|---|---|
| Plaintiff, | |
| v. | **SCHEDULING ORDER** |
| MCKESSON CORPORATION, et al., | |
| Defendants. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Deadline to add parties or amend the pleadings | December 30, 2016 |
| Fact discovery cut-off | September 1, 2016 |
| Expert disclosures | July 28, 2017 |
| Expert rebuttal | September 1, 2017 |
| Expert discovery cut-off | October 27, 2017 |
| Deadline to file dispositive motions | November 17, 2017 |
| Pretrial conference statement due | January 30, 2018 |
| Pretrial conference | February 9, 2018 at 2:00 p.m. |
| Trial | March 5, 2018 at 8:30 a.m. |

| Event | Deadline |
|---|---|
| Estimate of trial length (in days) | Ten |

The Court notes that the parties have not yet complied with their ADR obligations pursuant to the Northern District's ADR rules and the Court's prior scheduling orders. See ECF No. 6. The parties have represented to the Court that they believe informal settlement discussions are adequate at this early stage of the litigation. To ensure that the parties give proper attention to the potential for alternative resolution, the Court now orders that the parties take the following actions by August 24, 2016: meet and confer re: early settlement and ADR process selection; file an ADR Certification signed by all parties and counsel (form available at cand.uscourts.gov); and file either a Stipulation to ADR Process or a Notice of Need for ADR Phone Conference (form available at cand.uscourts.gov).

The Court will conduct a further Case Management Conference on September 14, 2016 at 2:00 p.m. A Joint Case Management Statement is due by September 7, 2016.

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant

/ / /
/ / /
/ / /
/ / /
/ / /

1  a continuance.  The Court will not consider the pendency of settlement discussions as good cause
2  to grant a continuance.
3       IT IS SO ORDERED.
4  Dated:  February 11, 2016



JON S. TIGAR
United States District Judge