# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON T. GUTOWSKI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MCKESSON CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-05521-JST<br><br>**ORDER APPROVING JOINT STIPULATED FACT DISCOVERY PROTOCOL**<br><br>Re: ECF No. 39 |

　　　　The Fact Discovery Protocol jointly proposed by the parties is approved. ECF No. 39. No section of the Fact Discovery Protocol shall be construed to modify or abrogate the requirements for filing an administrative motion to seal under Civil L.R. 79-5.

　　　　IT IS SO ORDERED.

Dated: March 8, 2016

_____
JON S. TIGAR
United States District Judge