United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON T. GUTOWSKI,<br><br>     Plaintiff,<br><br>    v.<br><br>MCKESSON CORPORATION, et al.,<br><br>    Defendants. | Case No.  14-cv-05521-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 42 |

The parties have filed a joint motion of dismissal dated June 10, 2016, stating that they have agreed to dismiss all claims between Plaintiff and Defendant McKesson Corporation.  ECF No. 42.  "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice."  Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

All claims between Plaintiff and McKesson have been dismissed with prejudice.  The Clerk is directed to terminate McKesson as a party in this case.

**IT IS SO ORDERED**.

Dated: June 16, 2016

_____
JON S. TIGAR
United States District Judge