UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON T. GUTOWSKI,<br>Individually and as Personal Representative of Decedent, Linda L. Fjelstul<br>            Plaintiff(s)<br><br>v.<br><br>McKESSON CORPORATION; and ELI LILLY AND COMPANY,<br>            Defendant(s) | CASE No C 3:14-cv-05521-JST<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☒ **Private ADR** (*specify process and provider*)
Mediation with Hon. Richard A. Kramer (Ret.) of JAMS on October 18, 2016

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

☒ other requested deadline: October 18, 2016

Date: August 24, 2016            /s/ Andrew S. Williams
                                 Attorney for Plaintiff

Date: August 24, 2016            /s/ James M. Neudecker
                                 Attorney for Defendant

x IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: August 24, 2016            _____
                                 U.S. DISTRICT/MAGISTRATE JUDGE

*Form ADR-Stip rev. 7-2016*

